IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 05-cr-00122-MSK-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CHARLES PORTER GOFF,

    Defendant.

_____

**ORDER CONTINUING SUPERVISED RELEASEAND CONTINUING SENTENCING**
_____

    THIS MATTER was before the Court for a supervised release violation hearing on April 8, 2010, upon report of the probation officer that the defendant had violated the terms and conditions of his supervision. The defendant admits guilt to alleged violations 1 through 11.

    THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the Probation Office, finds the defendant guilty of the violations as alleged. The Court has announced the sentence it intends to impose, however, sentencing for such violations is deferred until another date. In the event of any further violation, upon notice to defense counsel, the probation officer may set a continued hearing for imposition of sentence.

    DATED this 12th day of April, 2010.

                                        **BY THE COURT:**

                                        Marcia S. Krieger
                                        United States District Judge